# ATTACHMENT 1

2021 JUL -5 AM 9:58

## COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

__Walter William Blanck__

vs

Case Number:

21-cv-435-jdp

(to be supplied by clerk of court)

(Full name of defendant(s))

__former FBI agent Bud Hall "Supv", Albert Ness, Gere Magnuson, Daniel D. Craft, former E/dWI US atty Steven Biskupic's, Law firm Michael Best & Asso. c/o Sgts Verdegen, Laufenberg, Beverly each of GBCI__

A.   PARTIES

1.   Plaintiff is a citizen of __WI.__, and is located at
     (State)

__GBCI. P.O. Box 19033 Green Bay WI 54307__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper). ← please attach a case # and send me a copy I can't trust GBCI staff to copy this ← WWB 6-30-21

Attachment One (Complaint) – 1

2. Defendant *FBI* Hall Ness Magnuson, Atty Biskupic, Best, c/o's Verdegen Sanfenberg, Beverly — was fired (Name)

is (if a person or private corporation) a citizen of  U.S. (State, if known)

and (if a person) resides at  FBI retired or fired — are no longer agents (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  Mil. FBI & E/d. W.I. US atty's Office & atty Biskupic Steven at Michael Best & asso. etc (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

former FBI's without my consent, gave me cups of black coffee laced with a powerful chemical agent [See 7-C-276 E/d Exibit (R) = Per FBI Statements etc & FOIA's] We "Opened" then Developed Subject Blanck for, as, a Undercover intel Source (See Exibit (R) FOIA's) they Brought me too other agencies also etc. See FOIA at W/d & E/d. Federal Court, cases files etc. Chemical's applied to Blanck May 1995 Mil WI While I sat in Back Seat of Gov. auto's of FBI's etc.

Blanck was taken to Waukesha Co. area of WI for 2 different meetings, where I also met & lunched with Charles & David Koch. They also financed a political agenda etc. to then have Blanck eliminate Dem's 1976 Presidential Candidate Jimmy Carter etc. I refused, to Gundown = eliminate Carter for the Reasons they explained to me — ✱ their could never be a Correct Reason for me to do as they instructed me too etc.

My life has never been the Same, Unable to Work as I did Pryor too chemical laced FBI's Coffee's My life & marriage Was ✱ now a target, as I refused their cause ✱ ✱ I Posed a Problem as Percieved By Def's etc ✱ Oct. 1990 I was falsely charged See Illinois Case # 90-CF-509 - dragged threw a false ✱ i.e. corrupted trial VIA McHenry Co Illinois in town of Woodstock Illinois Sentenced to 73 years 1992 by 1994 & 1997 Sentence (Vacated) But Not freed, Waukesha Co. WI Recharged me 7/2/97 Same 3 charges, Some false Case info, etc etc,

C. JURISDICTION

[✓]   I am suing for a violation of federal law under 28 U.S.C. § 1331.
         OR

[ ]   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

My Unconditional Release from this 2nd and also Wrongful Sentence of 67½ years and Proper and Complete Compensations Re this (ongoing) 46 year Nitemare etc etc

E.   JURY DEMAND

☑   Jury Demand – I want a jury to hear my case
            OR

☐   Court Trial – I want a judge to hear my case

Dated this 30th day of June 20 21.

Respectfully Submitted,

_Walter W. Blanck_
Signature of Plaintiff

_15483_
Plaintiff's Prisoner ID Number

_GBCI Box 19033 Green Bay WI._
_54307_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint. _See earlier Request to Proceed Without Prepayment_

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

W.W.B,
6-30-21