IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALTER WILLIAM BLANCK,

    Plaintiff,

  v.

BUD HALL, ALBERT NESS, GENE
MAGNUSON, DANIEL S. CRAFT,
STEVEN BISKUPIC, MICHAEL BEST AND
ASSOCIATES LAW FIRM, SGT BEVERLY,
C/O VERDEGEN, and SGT. LAUFENBERG,

    Defendants.

Case No. 21-cv-435-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 7/15/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |